IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DALE SPENCER, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 5:07-CV-24 (CDL) |
| TOMLYN T. PRIMUS, et al., | * |
| Defendants. | * |
| | * |

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on August 5, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 5th day of September, 2008.

                                                                                               S/Clay D. Land
                                                                                                CLAY D. LAND
                                                                 UNITED STATES DISTRICT JUDGE